UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | |
| CAROLYN JEANETTE YATES | ) | CASE NO. 10-82044 |
| ANTHONY LYNN YATES | ) | CHAPTER 13 |
| DEBTORS | ) | |

### OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

**COMES NOW** BAC Home Loans Servicing, LP (hereinafter "BAC") a secured creditor, by and through counsel, Brock and Scott, PLLC, objects to confirmation of the Debtor's Chapter 13 Plan. The Debtor's plan proposes to modify Creditor's rights in contradiction of the Rules of the Bankruptcy Code.

This, the 25th day of February, 2011

BROCK AND SCOTT, PLLC

/s/Sean M. Corcoran
Sean M. Corcoran
Attorney for BAC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CAROLYN JEANETTE YATES | ) | CASE NO. 10-82044 |
| ANTHONY LYNN YATES | ) | CHAPTER 13 |
| DEBTORS | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the OBJECTION in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Carolyn Jeanette Yates
Anthony Lynn Yates
PO Box 698
Roxboro, NC 27573

Mr. John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Mr. Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This 25th day of February, 2011.

Brock and Scott, PLLC

/s/ Sean M. Corcoran
Sean M. Corcoran
Attorney for BAC
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar No.: 33387